## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LORI CHURCHWELL, | § |
| | § |
| Plaintiff, | § |
| | § |
| | § C A NO. 1:18-CV-01033-SMV-SCY |
| METROPOLITAN LIFE INSURANCE | § |
| COMPANY, | § |
| | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL

Plaintiff Lori Churchwell announces to the Court that the matters in controversy herein have been settled and that the consideration therefore has been paid in full and received. In accordance with the Settlement Agreement and Release executed by the parties, the parties stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted herein by and between Plaintiff and Defendant be DISMISSED WITH PREJUDICE; and

2. That all attorneys' fees and costs be taxed against the party incurring them.

STIPULATED TO AND APPROVED BY:

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: s/ Britney Anne Heath McDonald
    Britney Anne Heath McDonald
    State Bar No. 24083158
    S.D. No. 2621983
    5300 Memorial Drive, Suite 725
    Houston, Texas 77007
    Telephone: 713-228-8888
    Facsimile: 713-225-0940

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically transmitted the foregoing **STIPULATION OF DISMISSAL** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

                                                 s/ Britney Anne Heath McDonald
                                                 Britney Anne Heath McDonald