IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LORI CHURCHWELL,

    Plaintiff,

                                                                                                   No. 1:18-CV-01033 KG/SCY

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

    The Parties have advised the Court that they have settled their differences. Accordingly, the Court hereby dismisses the causes of action, with prejudice. All costs of court are taxed against the party incurring said costs. All further relief is denied.

                                                                                                    _____
                                                                                                     UNITED STATES DISTRICT JUDGE